**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | |
|---|---|
| AMANDA PIPES and NATHAN PIPES, ) <br> as Next Friends for C.P., ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> KIRKSVILLE MISSOURI HOSPITAL ) <br> COMPANY, LLC, d/b/a NORTHEAST ) <br> REGIONAL MEDICAL CENTER, and ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> **Defendants.** ) | Case No.  2:22-CV-0047 PLC |

**MEMORANDUM AND ORDER OF DISMISSAL**

This matter is before the Court on Plaintiffs' Response to the Court's Order to Show Cause. [ECF No. 24] On December 21, 2022, the Court dismissed Defendant United States of America from the cause and ordered Plaintiffs to (1) show cause why the Court should not decline to exercise supplemental jurisdiction over the case against the remaining defendant Kirksville Missouri Hospital Company, LLC or (2) amend the complaint to include allegations sufficient to demonstrate diversity jurisdiction under 28 U.S.C. §1332. [ECF Nos. 22 & 23]  In response, Plaintiffs filed their response "agree[ing] that the remainder of the case should be dismissed without prejudice." Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED**, without prejudice, for lack of federal subject-matter jurisdiction.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of December, 2022